IN THE UNITED STATES DISTRICT COURT
ENORTHDISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RICK GOBERT )<br>Plaintiff, )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br>v. )<br> )<br>GUILD MORTGAGE )<br>COMPANY, LLC )<br> )<br>Defendant. )<br> )<br> )<br> )<br> ) | Case No. 4:22-cv-00768-ALM-CAN |

**AMENDED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41**

Pursuant to F.R.C.P. 41 of the Federal Rules of Civil Procedure, the plaintiff(s) Rick Gobert and/or counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) **GUILD MORTGAGE COMPANY, LLC.**

Date: 1/20/2023

Respectfully submitted,

/s/ Robert C. Newark, III
Robert C. Newark, III
State Bar No. 24040097
1341 W. MOCKINGBIRD LANE, STE 600W
DALLAS,  TEXAS 75247
(866)230-7236
(888)316-3398 (FAX)
robert@newarkfirm.com- email
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on January 20, 2023, on the following via ECF pursuant to the Federal Rules of Civil Procedure.

Valerie Henderson
Kirsten Vesel

                                            <u>/s/ Robert C. Newark, III</u>
                                            Robert C. Newark, III